UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JUSTDATE.COM, INC., ) | |
| ) | |
| Plaintiff, ) | No. AMD-02-cv-297 |
| ) | |
| v. ) | |
| ) | |
| MATCH.COM, INC., ) | **STIPULATED MOTION TO** |
| ) | **EXTEND TRIAL DATES** |
| Defendant. ) | |
| ) | |
| MATCH.COM, INC., ) | |
| ) | |
| Counterclaimant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTDATE.COM, INC., ) | |
| ) | |
| Counterdefendant, ) | |
| ) | |
| VIPERTEL and DAN STEEN, ) | |
| ) | |
| Third-Party Defendants. ) | |

Pursuant to Fed. R. Civ. P. 6(a), the parties jointly move to extend the trial dates set by the Court's order of February 21, 2002 for sixty days, for the following reasons.

Representatives of the parties, together with counsel of record, met with Magistrate Judge Charles B. Day for a settlement conference on May 10, 2002. They agreed on principles for a proposed settlement, and Magistrate Judge Day scheduled resumption of the settlement conference (if necessary) for June 19, 2002. Since the parties have focused on these settlement negotiations rather than engaging in time-consuming discovery, the parties will require additional time to take written discovery and schedule depositions if settlement is not achieved.

APPROVED " THIS *14th* DAY OF *June*, 20 *02*

UNITED STATES DISTRICT JUDGE

-2-

Magistrate Judge Day has stated that he supports an extension of the scheduled deadlines to permit settlement discussions to run their course.

For the foregoing reasons, the parties request that the Court revise its scheduling order in accordance with the following:

| | |
|---|---|
| Rule 26(e)(2) Supplementation of Disclosures and Responses: | August 11, 2002 |
| Discovery Deadline; Submission of Status Report: | September 6, 2002 |
| Requests for Admission: | September 13, 2002 |
| Dispositive Pretrial Motions Deadline: | October 4, 2002 |
| Trial: Two Week Period Beginning: | March 14, 2003 |

Respectfully submitted,

| | |
|---|---|
| PATTISHALL, McAULIFFE, NEWBURY HILLIARD & GERALDSON | JORDAN & TELL LLP |
| By: *(signature)* Robert W. Sacoff | By: *(signature)* Marc L. Jordan |
| John M. Murphy | 7340 Grace Drive, suite 105 |
| 311 South Wacker Drive | Columbia, MD 21044 |
| Suite 5000 | (443) 535-0400 |
| Chicago, Illinois 60606 | |
| (312) 554-8000 | |
| | Counsel for Justdate.com |
| Counsel for Match.com, Inc. | Counsel for Vipertel and Dan Steen |