## ORIGINAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| JUSTDATE.COM, INC. | * |
| Plaintiff(s) | * |
| vs. | * Case No.: AMD-02-CV-297 |
| MATCH.COM, INC. | * |
| Defendant(s) | |
| ****** | |

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

JUL 0 2 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND
BY _____ DEPUTY

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Robert W. Sacoff__, am a member in good standing of the bar of this Court. My bar number is __02337__. I am moving the admission of __Belinda J. Scrimenti__ to appear *pro hac vice* in this case as counsel for __Match.com, Inc__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Ohio | November 8, 1981 |
| District of Columbia | July 21, 1989 |
| U.S.D.C. D.D.C. | January 9, 1990 |
| U.S.D.C. N.D. Ohio | Fall 1981 |
| U.S. Ct. Appeals – 6th Cir. | June 23, 1987 |
| U.S. Ct. Appeals – 3d Cir. | January 11, 1988 |
| U.S. Ct. Appeals – 2d Cir. | February 15, 1995 |

She was also previously admitted to the U.S.D.C. D. Md. on June 23, 1989, but is no longer eligible for membership due to her working in our Virginia office:

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

1

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission pro hac vice is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Robert W. Sacoff* | *[signature]* |
| Signature | Signature |
| Robert W. Sacoff | Belinda J. Scrimenti |
| Printed Name | Printed Name |
| Pattishall, McAuliffe, Newbury, et al. | Pattishall, McAuliffe, Newbury, et al. |
| Firm | Firm |
| 311 South Wacker Drive, Chicago, IL 60606 | 1700 Diagonal Rd, Ste 550, Alexandria, VA 22303 |
| Address | Address |
| (312) 554-8000 | (703) 684-7550 |
| Telephone Number | Telephone Number |
| (312) 554-8015 | (703) 684-7888 |
| Fax Number | Fax Number |

*************************************************************************

**ORDER**

☑ Granted    ☐ Denied

Date: July 2, 2002

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I, Belinda J. Scrimenti, certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was served on Marc L. Jordan, Jordan & Tell LLP, 7340 Grace Drive, Suite 105, Columbia, Maryland 21044, counsel for Just Date.com, Inc., by first-class mail, postage prepaid, on June 25, 2002.

                                                                Belinda J. Scrimenti