**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

July 24, 2002

_____FILED _____ENTERED
_____LOGGED _____RECEIVED

**JUL 2 5 2002**

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUT

Marc L. Jordan, Esquire
Jordan & Tell, LLP
7349 Grace Drive, Suite 105
Columbia, Maryland 21044-2470

Robert W. Sacoff, Esquire
Belinda J. Scrimenti, Esquire
Pattishall, McAuliff, Newbury, Hilliard & Geraldson
1700 Diagonal Road, Suite 550
Alexandria, Virginia 22314

Re:    Justdate.com v. Match.com, Inc.
       Civil Action No. AMD-02-297

Dear Counsel:

Pursuant to our settlement discussions of July 23, 2002, I have determined to keep in place the stay of discovery for an additional two weeks, namely until August 6, 2002. I am also requiring counsel to submit to my chambers an *ex parte* letter setting forth the status of settlement discussions. That letter will be due on or before August 20, 2003. I would urge you to state in that communication whether you believe a future settlement conference would be of assistance.

Despite the informal nature of this letter, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

Charles B. Day
United States Magistrate Judge

cc:    Judge Davis
       Court File

U.S. District Court (Rev. 9/2001)