UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| JUSTDATE.COM, INC., ) | |
| ) | |
| Plaintiff, ) | No. AMD-02-cv-297 |
| ) | |
| v. ) | |
| ) | |
| MATCH.COM, INC., ) | STIPULATION OF |
| ) | DISMISSAL WITHOUT |
| Defendant. ) | PREJUDICE |
| ) | |
| MATCH.COM, INC., ) | |
| ) | |
| Counterclaimant and ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTDATE.COM, INC., ) | |
| ) | |
| Counterdefendant, ) | |
| ) | |
| VIPERTEL and DAN STEEN, ) | |
| ) | |
| Third-Party Defendants. ) | |

FILED SEP - 9 2002
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED
SEP 10 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1) and 41(c), the parties, through their undersigned counsel of record, stipulate to the dismissal, without prejudice, of the complaint in above action, as well as the counterclaim and third-party claims filed by Match.com, Inc. against Justdate.com, Inc., Vipertel, and Dan Steen, with all parties bearing their own fees and costs.

APPROVED 9/10/2002

123659v1

-2-

Respectfully submitted,

| JORDAN & TELL | PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON |
|---|---|
| By _____*/signature/*_____<br>Dated: _____, 2002<br>Marc L. Jordan (25795)<br>7340 Grace Drive<br>Suite 105<br>Columbia, Maryland 21044<br>(443) 535-0400 telephone<br>(443) 535-0940 facsimile | By _____*/signature/*_____<br>Dated: September 6, 2002<br>Robert W. Sacoff (02337)<br>311 South Wacker Drive<br>Suite 5000<br>Chicago, Illinois 60606<br>(312) 554-8000 telephone<br>(312) 554-8015 facsimile |
| Attorneys for Justdate.com, Inc., Vipertel and Dan Steen | Attorneys for Match.com, Inc. |